[No. 42096-8-I.    Division One.    May 10, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. VINCENT CALVERT, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 97-1-03925-4, Richard M. Ishikawa, J., entered February 9, 1998. *Affirmed in part* and *reversed in part* by unpublished per curiam opinion.

[No. 42188-3-I.    Division One.    May 10, 1999.]

*In the Matter of the Marriage of* KATHY REED, *Respondent*, and DEAN C. PUCKETT, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 87-3-07471-8, R. Joseph Wesley, J., entered February 2, 1998. *Reversed* by unpublished opinion per Kennedy, C.J., concurred in by Coleman and Grosse, JJ.

[No. 42232-4-I.    Division One.    May 10, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. PERRY E. HARRIS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 97-1-07957-4, Steven G. Scott, J., entered February 9, 1998. *Remanded* by unpublished per curiam opinion.

[No. 42296-1-I.    Division One.    May 10, 1999.]

*In the Matter of the Marriage of* JILL McSWANE, *Respondent*, and SCOT McSWANE, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 93-3-07488-7, Peter Jarvis, J., entered February 11, 1998. *Affirmed* by unpublished per curiam opinion.